UNITED STATES DISTRICT COURT  
FOR THE  
EASTERN DISTRICT OF NORTH CAROLINA  
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                     Crim. No. 5:05-CR-111-1F

THERERON RAGLAND

On August 12, 2013, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                      Respectfully submitted,

/s/Michael C. Brittain                        /s/Timothy L. Gupton  
Michael C. Brittain                             Timothy L. Gupton  
Senior U.S. Probation Officer                 U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _7th_ day of _October_, 2015.

James C. Fox  
Senior U.S. District Judge